**Dean R. DAHLGREN, d/b/a Advance Therapies, Appellant (C9–88–1830), Petitioner (C0–88–1831),**

v.

**CARING AND SHARING, INC., d/b/a Bethel Care Center, Respondent.**

**Nos. C9–88–1830, C0–88–1831.**

Court of Appeals of Minnesota.

Oct. 4, 1988.

Michael Pinotti, Roseville, for Dean R. Dahlgren.

K. Craig Wildfang, Grossman, Karlins, Siegel, Brill, Greupner & Duffy, Minneapolis, for Caring and Sharing, Inc.

Considered at Special Term and decided by WOZNIAK, C.J., and LANSING and KALITOWSKI, JJ., without oral argument.

## SPECIAL TERM OPINION

WOZNIAK, Chief Judge.

### FACTS

By order on August 1, 1988 Dahlgren's civil suit was dismissed for failure to state a claim upon which relief could be granted. *See* Minn.R.Civ.P. 12.02(5). The order did not direct entry of a judgment. Dahlgren filed an appeal and a petition for discretionary review and respondent Caring and Sharing, Inc. filed a notice of review.

### DECISION

An order for dismissal is but an order upon which judgment may be entered, and the proper appeal is from the *judgment. Bulau v. Bulau,* 208 Minn. 529, 530, 294 N.W. 845, 846–47 (1940); *Leisure Hills of Grand Rapids, Inc. v. Levine,* 366 N.W.2d 302, 303 (Minn.Ct.App.1985), *pet. for rev. denied* (Minn. July 11, 1985). While it would have been preferable for the trial court to specifically direct entry of a judgment, the court administrator is required to enter judgment "forthwith" upon any order that denies all relief in a matter "unless the court otherwise directs." Minn.R.Civ.P. 58.01.

Dahlgren may still appeal from a final judgment of dismissal, and respondent may file its own appeal or a notice of review. Dahlgren has not established a compelling reason for this court to extend discretionary review to the order for dismissal.

Appeal dismissed and discretionary review denied.